**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TRANSPORTATION ALLIANCE BANK, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 10-CV-016-GKF-FHM |
| ) | |
| ARROW TRUCKING CO., et al., ) | |
| Defendants. ) | |

### AGREED JUDGMENT AGAINST DEFENDANT JONATHAN MOORE

Pursuant to the Joint Motion of Plaintiff Transportation Alliance Bank, Inc. ("**TAB**") and Defendant Jonathan Moore ("**Moore**") for Entry of Agreed Judgment ("**Motion for Agreed Judgment**") (Dkt. No. 195), TAB and Moore confirmed that they have reached terms of compromise and settlement in this action. TAB has alleged certain claims for monetary damages against Moore. For purposes of the settlement agreement between Moore and TAB, and to avoid the uncertainties of litigation, Moore has agreed to entry of a stipulated judgment against him and in favor of TAB in the amount of Five Hundred Thousand Dollars ($500,000.00) ("**Judgment Amount**"). TAB has agreed that other than the Judgment amount conceded by Moore, TAB will not seek to have any other judgments or other awards of relief entered in its favor and against Moore in this action. Based on the stipulations of TAB and Moore stated in the Motion for Agreed Judgment, the Court finds that judgment in favor of TAB and against Moore as set forth below, is appropriate. Accordingly, it is **ORDERED, ADJUGDED AND DECREED:**

   A. TAB is awarded judgment against Jonathan Moore in the amount of Five Hundred Thousand Dollars ($500,000.00);

   B. The Judgment Amount shall bear post-judgment interest at the rate allowed by law as of the date of entry of this Agreed Judgment.

1

1015087.1

    C.  Each party shall bear their own respective attorneys fees and costs of Court

    D.  No other relief requested by TAB in this action against Moore or Moore against TAB is awarded.

DATED this 19th day of January, 2012.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma

**AGREED AS TO FORM AND SUBSTANCE:**

JONES WALDO HOLBROOK & McDONOUGH, P.C.

By: /s/ Jeffrey W. Shields
    Jeffrey Weston Shields  (USB #2948)(*pro hac vice*)
    Troy J. Aramburu  (USB #10444)(*pro hac vice*)
    Brock N. Worthen (USB #12721)(*pro hac vice*)
    **JONES WALDO HOLBROOK & McDONOUGH,  P.C.**
    170 S. Main Street Suite 1500
    Salt Lake City, UT  84101
    Telephone: (801) 521-3200
    Facsimile: (801) 328-0537


PRAY WALKER, P.C.

By: /s/  Robert J. Winter
    Robert J. Winter (OBA# 16754)
    **PRAY WALKER, P.C.**
    100 West Fifth Street, Suite 900
    Tulsa, Oklahoma  74103
    Telephone: (918) 581-5500

*Attorneys for Transportation Alliance Bank, Inc.*

2

1015087.1

MONROE & ASSOCIATES

By: /s/ Ann E. Keele (*by express permission*)
Stanley D. Monroe (OBA # 6305)
Ann E. Keele (OBA # 21210)
**MONROE & ASSOCIATES**
15 West Sixth Street, Suite 2112
Tulsa, OK  74119
Telephone: (918) 592-1144
Facsimile: (918) 592-1149

*Attorneys for Jonathan Moore*